1  ROBERT D. CONAWAY (Bar No. 119657)
2  LAW OFFICE OF ROBERT D. CONAWAY
   P.O. Box 291327
3  Phelan, CA 92329-1327
   Telephone: (760) 868-2930
4  Facsimile: (760) 868-6699

5  Attorneys for Plaintiff
6  LAWRENCE E. ARMSTRONG

7  SONIA MARTIN (Bar No. 191148)
8  DENTONS US LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
10 Facsimile: (415) 882-0300

11
12 Attorneys for Defendants
   AMCO INSURANCE COMPANY
13 erroneously sued herein as "Allied Insurance
   Company dba AMCO Insurance Company," and
14 REED INSURANCE SERVICE, LLC, erroneously
15 served herein as "Reed Insurance Services

16                  UNITED STATES DISTRICT COURT
17                  CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| LAWRENCE E. ARMSTRONG,<br>            Plaintiff,<br>v.<br>ALLIED INSURANCE COMPANY dba AMCO INSURANCE COMPANY, REED INSURANCE SERVICES as agent of ALLIED INSURANCE Does 1-10, AMERICAN TRAFFIC SOLUTIONS, DOES 1-10, inclusive,<br>            Defendants. | Case No. ED CV 14-00424 JGB<br><br>ORDER |

CASE NO. ED CV 14-00424 JGB

ORDER RE STIPULATION FOR
DISMISSAL OF CLAIMS AGAINST REED
INSURANCE SERVICE, LLC

1

## **ORDER**

2 Upon review of the parties' Stipulation for Dismissal, the Court finds good cause to

3 dismiss Counts I, II, III, and VIII of Plaintiff's First Amended Complaint against Defendant Reed

4 Insurance Service, LLC ("Reed"). Plaintiff and Reed shall bear their own fees and costs.

5    IT IS SO ORDERED.

6

7 Date: July 9, 2014

Hon. Jesus G. Bernal
8    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. ED CV 14-00424 JGB

- 2 -

ORDER RE STIPULATION FOR
DISMISSAL OF CLAIMS AGAINST REED
INSURANCE SERVICES, INC.