JS-6

SONIA MARTIN (Bar No. 191148)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Defendant

AMCO INSURANCE COMPANY,
erroneously sued herein as "Allied Insurance
Company dba AMCO Insurance Company"
and REED INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INSURANCE COMPANY dba AMCO INSURANCE COMPANY, REED INSURANCE SERVICES as agent of ALLIED INSURANCE Does 1-10, AMERICAN TRAFFIC SOLUTIONS, DOES 1-10, inclusive,<br><br>Defendants. | Case No. ED CV 14-00424 JGB<br><br>**JUDGMENT**<br><br><br>Judge: Hon. Jesus G. Bernal |

By Order dated July 9, 2014 (Dkt. No. 36), the Court approved the parties' stipulation to dismiss Counts I, II, III and VIII of Plaintiff's First Amended Complaint against Defendant Reed Insurance Service, LLC (Dkt. 34).

By Order dated August 19, 2014 (Dkt. No. 43), the Court granted the motion to dismiss filed by Defendant AMCO Insurance Company (Dkt. No. 23) and the motion to dismiss filed by Defendant American Traffic Solutions (Dkt. No. 21). That Order provided that: "Plaintiff shall file an amended pleading, if any, by September 2, 2014.  Failure to timely file an amended pleading by that date may

1 | be deemed consent to the dismissal of this action." Plaintiff has not filed an amended pleading.

 Accordingly, the Court dismisses this action with prejudice and enters judgment in Defendants' favor.

IT IS SO ORDERED.

Date: October 22, 2014  By: _____
            Hon. Jesus G. Bernal
            United States District Court Judge

APPROVED AS TO FORM: ROBERT D. CONAWAY LAW OFFICE

Date: October ___, 2014  By: _____
            Robert D. Conaway
            Attorney for Plaintiff
            Lawrence E. Armstrong

APPROVED AS TO FORM: STOEL RIVES LLP

Date: October 15, 2014  By: */s/Vanessa Power*
            Vanessa Power
            Attorney for Defendant
            American Traffic Solutions

82884726\V-1

CASE NO. ED CV 14-00424 JGB  - 1 -  JUDGMENT